No. 21-30690

IN THE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

UNITED STATES OF AMERICA,
*Plaintiff-Appellee*,

v.

JASON BOYET,
*Defendant-Appellant*.

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:20-CR-51-1

**APPELLANT'S RECORD EXCERPTS**

CLAUDE J. KELLY
Federal Public Defender
Eastern District of Louisiana

SAMANTHA J. KUHN
Assistant Federal Public Defender

Office of the Federal Public Defender
500 Poydras Street, Suite 318
Hale Boggs Federal Building
New Orleans, Louisiana 70130
(504) 589-7930
samantha_kuhn@fd.org

# **TABLE OF CONTENTS**

1. DOCKET SHEET ...................................................................ROA.1-12

2. NOTICE OF APPEAL...........................................................ROA.215

3. BILL OF INFORMATION..................................................ROA.59-62

4. JUDGMENT ................................................................ROA.207-214

5. CERTIFICATES OF SERVICE AND COMPLIANCE

DOCKET SHEET
ROA.1-12

(Tab 1)

Jump to Docket Table

# U.S. District Court
## Eastern District of Louisiana (New Orleans)
## CRIMINAL DOCKET FOR CASE #: 2:20-cr-00051-SSV-JVM-1

Case title: USA v. Boyet
Magistrate judge case number:  2:20-mj-00032-DM

Date Filed: 05/13/2020
Date Terminated: 11/03/2021

Assigned to: Judge Sarah S. Vance
Referred to: Magistrate Judge Janis
van Meerveld

Appeals court case number:
21-30690 Fifth Circuit Court of
Appeals

**Defendant (1)**

| | | |
|---|---|---|
| **Jason Boyet**<br>*TERMINATED: 11/03/2021* | represented by | **Rachel I. Conner**<br>Rachel I. Conner, Attorney at Law<br>3015 Magazine Street<br>New Orleans, LA 70015<br>504-427-7038<br>Email: rachel@connerdefense.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |
| | | **James Alan Williams**<br>Law Office of James A. Williams<br>706 Derbigny St.<br>Gretna, LA 70053<br>504-361-0636<br>Fax: 504-361-4993<br>Email: jim@jimwilliamslaw.com<br>*TERMINATED: 03/03/2021*<br>*Designation: Retained* |
| | | **Jeffrey David Hufft**<br>Jeffrey Hufft, Attorney at Law<br>825 Baronne St.<br>New Orleans, LA 70113<br>504-232-3080<br>Email: jeff@hufftlawfirm.com<br>*TERMINATED: 03/03/2021* |

*Designation: Retained*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18:2252(a)(2) and (b)(1) DISTRIBUTION OF CHILD PORNOGRAPHY (1) | Sentenced on 11/3/2021 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| 18:2251(a) - SEXUAL EXPLOITATION OF CHILDREN, 18:2252(a)(2) - CERTAIN ACTIVITIES RELATING TO MATERIAL INVOLVING THE SEXUAL EXPLOITATION OF MINORS | |

---

**Plaintiff**

**USA**                          represented by     **Jordan Ginsberg**
U. S. Attorney's Office (New Orleans)
650 Poydras St.
Suite 1600
New Orleans, LA 70130
(504) 680-3121
Fax: (504) 589-4510
Email: jordan.ginsberg@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Alexandra Triana Giavotella**
DOJ-USAO
DOJ
650 Poydras Street
Ste 1600
New Orleans, LA 70131

504-680-3065
Email: alexandra.giavotella@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/14/2020 | 1 (p.13) | COMPLAINT signed by Magistrate Judge Dana Douglas as to Jason Boyet (1). (Attachments: # 1 (p.13) Criminal Defendant Information Sheet) (2CC:USMS) (ft) [2:20-mj-00032-DM] (Entered: 02/18/2020) |
| 02/14/2020 | 3 (p.22) | EXPARTE/CONSENT MOTION to Seal Complaint, Affidavit, and Arrest Warrantby USA as to Jason Boyet. Motion(s) referred to Duty Magistrate. (ft) (Main Document 3 replaced on 2/28/2020) (ft). [2:20-mj-00032-DM] (Entered: 02/18/2020) |
| 02/14/2020 | 4 (p.24) | ORDER granting 3 (p.22) Motion to Seal Complaint, Affidavit, And Arrest Warrant as to Jason Boyet (1). Signed by Magistrate Judge Dana Douglas on 2/14/2020. (ft) [2:20-mj-00032-DM] (Entered: 02/18/2020) |
| 02/14/2020 | 5 (p.25) | EXPARTE/CONSENT MOTION for Writ of Habeas Corpus ad prosequendum by USA as to Jason Boyet. Motion(s) referred to Duty Magistrate. (ft) [2:20-mj-00032-DM] (Entered: 02/18/2020) |
| 02/14/2020 | 6 (p.27) | ORDER granting 5 (p.25) Motion for Writ of Habeas Corpus ad prosequendum as to Jason Boyet (1). Signed by Magistrate Judge Dana Douglas on 2/14/2020. (ft) [2:20-mj-00032-DM] (Entered: 02/18/2020) |
| 02/18/2020 | 7 (p.28) | Writ of Habeas Corpus ad Prosequendum Issued. (ft) [2:20-mj-00032-DM] (Entered: 02/18/2020) |
| 02/18/2020 | 8 (p.29) | Minute Entry for proceedings held before Magistrate Judge Dana Douglas:Initial Appearance as to Jason Boyet held on 2/18/2020. Appearance entered by James Alan Williams,Jeffrey David Hufft for Jason Boyet. Defendant remanded. Detention Hearing set for 2/19/2020 02:00 PM before Duty Magistrate. Preliminary Hearing set for 3/3/2020 11:00 AM before Duty Magistrate. (Court Reporter Magistrate Clerical.) (plh) [2:20-mj-00032-DM] (Entered: 02/19/2020) |
| 02/19/2020 | 9 (p.31) | Minute Entry for proceedings held before Magistrate Judge Karen Wells Roby: Detention Hearing as to Jason Boyet held on 2/19/2020. Defendant remanded. (Court Reporter Crim Mag.) (ft) [2:20-mj-00032-DM] (Entered: 02/21/2020) |
| 02/19/2020 | 10 (p.33) | ORDER OF DETENTION as to Jason Boyet. Signed by Magistrate Judge Karen Wells Roby on 2/19/2020. (ft) [2:20-mj-00032-DM] (Entered: 02/21/2020) |
| 02/27/2020 | 12 (p.36) | EXPARTE/CONSENT MOTION to Continue Preliminary Hearing by Jason Boyet. (plh) [2:20-mj-00032-DM] (Entered: 02/27/2020) |
| 02/27/2020 | 13 (p.38) | ORDER granting 12 (p.36) Motion to Continue as to Jason Boyet (1). Preliminary Hearing continued to 3/18/2020 02:00 PM before Duty Magistrate. Signed by Magistrate Judge Michael North on 2/27/2020. (plh) [2:20-mj-00032-DM] (Entered: 02/27/2020) |
| 03/02/2020 | 14 (p.39) | EXPARTE/CONSENT MOTION to Seal Motion and Order to Substitute Counsel by USA as to Jason Boyet. (plh) [2:20-mj-00032-DM] (Entered: 03/03/2020) |
| 03/02/2020 | 15 (p.41) | ORDER granting 14 (p.39) Motion to Seal Motion and Order to Substitute Counsel and the Motion and Order to Seal as to Jason Boyet (1). Signed by Magistrate Judge |

| | | Dana Douglas on 3/2/2020. (plh) [2:20-mj-00032-DM] (Entered: 03/03/2020) |
|---|---|---|
| 03/02/2020 | 16 (p.42) | EXPARTE/CONSENT MOTION to Substitute Attorney by USA as to Jason Boyet. (plh) [2:20-mj-00032-DM] (Entered: 03/03/2020) |
| 03/02/2020 | 17 (p.44) | ORDER granting 16 (p.42) Motion to Substitute Attorney. Jordan Ginsberg for USA replacing Chandra Menon as to Jason Boyet (1). Signed by Magistrate Judge Dana Douglas on 3/2/2020. (plh) [2:20-mj-00032-DM] (Entered: 03/03/2020) |
| 03/09/2020 | 18 (p.45) | CONSENT MOTION to Continue Preliminary Hearing. by Jason Boyet. Motion(s) referred to Duty Magistrate. (ft) [2:20-mj-00032-DM] (Entered: 03/09/2020) |
| 03/09/2020 | 19 (p.47) | ORDER granting 18 (p.45) Motion to Continue Preliminary Hearing as to Jason Boyet (1). Preliminary Hearing set for 4/10/2020 10:00 AM before Magistrate Duty Magistrate. Signed by Magistrate Judge Michael North on 3/9/2020. (ft) [2:20-mj-00032-DM] (Entered: 03/09/2020) |
| 03/10/2020 | 20 (p.48) | EXPARTE/CONSENT MOTION to Unseal Complaint by USA as to Jason Boyet. (cms) [2:20-mj-00032-DM] (Entered: 03/11/2020) |
| 03/10/2020 | 21 (p.49) | ORDER granting 20 (p.48) Motion to Unseal Complaint as to Jason Boyet (1). Signed by Magistrate Judge Joseph C. Wilkinson, Jr on 3/10/2020. (cms) [2:20-mj-00032-DM] (Entered: 03/11/2020) |
| 03/18/2020 | 22 (p.50) | EXPARTE/CONSENT Joint MOTION for Extension of Time to Indict *Pursuant to Title 18, United States Code, Section 3161(h)(7) and to Continue Preliminary Hearing Under FRCP 5.1* by USA as to Jason Boyet. (Attachments: # 1 (p.13) Proposed Order)(Ginsberg, Jordan) [2:20-mj-00032-DM] (Entered: 03/18/2020) |
| 03/19/2020 | 23 (p.57) | ORDER granting 22 (p.50) Motion for Extension of Time to Indictment as to Jason Boyet (1). THE COURT FURTHER FINDS, in accordance with the Court's March 16, 2020 Standing Order 20-2, the suspension of Grand Jury proceedings has triggered the Speedy Trial Act provision set forth in Title 18, United States Code, Section 3161(b). IT IS FURTHER ORDERED that the preliminary hearing scheduled under Federal Rule of Criminal Procedure 5.1 be continued from Friday, April 10, 2020, to the 15th day of May, 2020 at10:00 a.m. before the Duty Magistrate. Signed by Magistrate Judge Dana Douglas on 3/19/20. (cg) [2:20-mj-00032-DM] (Entered: 03/19/2020) |
| 05/13/2020 | 24 (p.59) | INFORMATION (Felony) as to Jason Boyet (1) count(s) 1. (Attachments: # 1 (p.13) Criminal Defendant Information Sheet, # 2 Criminal Magistrate Case Sheet) (zmg) (Entered: 05/13/2020) |
| 05/13/2020 | 25 (p.65) | NOTICE OF ARRAIGNMENT BY VIDEO CONFERENCE as to Jason Boyet. Arraignment via video conference set for 5/15/2020 02:00 PM before Duty Magistrate Judge Janis van Meerveld. (zmg) (Entered: 05/13/2020) |
| 05/15/2020 | 26 (p.66) | Minute Entry for proceedings held before Magistrate Judge Janis van Meerveld: Arraignment as to Jason Boyet (1) Count 1 was held on 5/15/2020. Defendant Remanded. Pretrial Conference set for 7/9/2020 at 3:00 PM before Judge Sarah S. Vance. Jury Trial set for 7/20/2020 at 8:30 AM before Judge Sarah S. Vance. (Court Reporter Magistrate Clerical.) (ajn) (Entered: 05/15/2020) |
| 05/15/2020 | 27 (p.67) | WAIVER OF INDICTMENT by Jason Boyet (ajn) (Entered: 05/15/2020) |
| 05/18/2020 | | |

| | 28 (p.68) | NOTICE OF HEARING as to Jason Boyet. Jury Trial set for 7/20/2020 08:30 AM before Judge Sarah S. Vance. Pretrial Conference set for 7/9/2020 03:00 PM before Judge Sarah S. Vance. (zmg) (Entered: 05/18/2020) |
|---|---|---|
| 06/05/2020 | 29 (p.69) | NOTICE OF VIDEO REARRAIGNMENT as to Jason Boyet. Rearraignment set for 7/1/2020 09:30 AM before Judge Sarah S. Vance. (zmg) (Entered: 06/05/2020) |
| 06/25/2020 | 31 (p.70) | EXPARTE/CONSENT MOTION to Continue *Pre-Trial Conference and Trial* by Jason Boyet. (Attachments: # 1 (p.13) Proposed Order for Motion to Continue Pre-Trial and Trial)(Williams, James) (Entered: 06/25/2020) |
| 06/26/2020 | 34 (p.74) | ORDER granting 31 (p.70) Motion to Continue Trial and Pretrial Conference as to Jason Boyet (1) Jury Trial continued to 11/9/2020 08:30 AM before Judge Sarah S. Vance. Pretrial Conference continued to 10/29/2020 03:00 PM. Signed by Judge Sarah S. Vance on 6/26/2020. (zmg) (Entered: 06/26/2020) |
| 06/26/2020 | 35 (p.76) | RENOTICE OF PRETRIAL CONFERENCE AND TRIAL BY JURY as to Jason Boyet. Jury Trial continued and reset to 11/9/2020 08:30 AM before Judge Sarah S. Vance. Pretrial Conference set for 10/29/2020 03:00 PM(zmg) (Entered: 06/26/2020) |
| 06/26/2020 | 37 (p.77) | RENOTICE OF VIDEO REARRAIGNMENT as to Jason Boyet. Rearraignment continued and reset to 10/14/2020 10:00 AM before Judge Sarah S. Vance. (zmg) (Entered: 06/26/2020) |
| 07/23/2020 | 38 (p.78) | EXPARTE/CONSENT MOTION Reset Arraignment by Jason Boyet. (Attachments: # 1 (p.13) Proposed Order)(Williams, James) (Entered: 07/23/2020) |
| 07/24/2020 | 39 (p.81) | ORDER as to Jason Boyet re 38 (p.78) granting MOTION Reset Arraignment. Rearraignment reset for 8/26/2020 10:30 AM. Signed by Judge Sarah S. Vance on 7/24/2020. (zmg) (Entered: 07/24/2020) |
| 07/24/2020 | 40 (p.82) | RENOTICE OF REARRAIGNMENT as to Jason Boyet. Rearraignment reset for 8/26/2020 10:30 AM before Judge Sarah S. Vance. (zmg) (Entered: 07/24/2020) |
| 08/21/2020 | 41 (p.83) | ORDER as to Jason Boyet: Rearraignment continued and reset to 9/16/2020 11:30 AM before Judge Sarah S. Vance. Defendant shall file his motion seeking bond by end of business on Monday, August 24, 2020 before Magistrate Judge Roby. The Government shall file its opposition, if any, by end of business on Tuesday, August 25, 2020. Signed by Judge Sarah S. Vance on 8/21/2020. (zmg) Modified on 8/21/2020 (jjs). (Entered: 08/21/2020) |
| 08/21/2020 | 42 (p.84) | NOTICE OF REARRAIGNMENT as to Jason Boyet. Rearraignment continued and reset to 9/16/2020 11:30 AM before Judge Sarah S. Vance. (zmg) (Entered: 08/21/2020) |
| 08/26/2020 | 44 (p.85) | EXPARTE/CONSENT MOTION for Leave to File Motion to Reopen Detention Hearing and Supporting Memorandum UNDER SEAL by Jason Boyet. (Attachments: # 1 (p.13) Proposed Order)(jjs) (Additional attachment(s) added on 8/26/2020: # 2 Motion to Reopen, # 3 (p.22) Memorandum in Support, # 4 (p.24) Proposed Order, # 5 (p.25) Exhibit 1) (jjs). Modified on 8/26/2020 (jjs). (Entered: 08/26/2020) |
| 08/26/2020 | 45 (p.88) | ORDER grants the motion 44 (p.85) to seal as to the memorandum in support and the attached exhibit, but the motion for leave to file under seal and the motion to re-opendetention shall be filed publicly in the record.. Signed by Judge Sarah S. Vance on 8/26/2020. (jjs) (Entered: 08/26/2020) |

| | | |
|---|---|---|
| 08/26/2020 | 46 (p.89) | MOTION by Jason Boyet to reopen his detention hearing Motion(s) referred to Duty Magistrate. (Attachments: # 1 (p.13) Proposed Order)(jjs) (Additional attachment(s) added on 8/26/2020: # 2 Memorandum in Support, # 3 (p.22) Exhibit 1) (jjs). (Entered: 08/26/2020) |
| 08/27/2020 | 47 (p.92) | EXPARTE/CONSENT MOTION for Leave to File Under Seal the Government's Response to the defendant's Motion 46 (p.89) to Reopen Detention. (Attachments: # 1 (p.13) Proposed Order)(jjs) (Additional attachment(s) added on 8/27/2020: # 2 Government's Response) (jjs). (Entered: 08/27/2020) |
| 08/27/2020 | 49 (p.96) | ORDER as to Jason Boyet granting re 46 (p.89) MOTION to reopen detention hearing. Detention Hearing set for 9/1/2020 02:00 PM before Chief United States Magistrate Judge Karen Wells Roby by video conference. Signed by Magistrate Judge Janis van Meerveld on 8/27/2020. (Email Warden, NEF Crim Mag) (zmg) (Entered: 08/28/2020) |
| 08/28/2020 | 48 (p.95) | ORDER denying 47 (p.92) Motion for Leave to File under seal the Government's Opposition to Defendant's Motion to Reopen Detention. The Court further ORDERS the Government to refile the same or an amended version of its opposition into the public record, if it wishes, no later than August 28, 2020, at 5 p.m.. Signed by Judge Sarah S. Vance on 8/28/2020. (jjs) (Entered: 08/28/2020) |
| 08/28/2020 | 50 (p.97) | Response/Memorandum in Opposition by USA as to Jason Boyet re 46 (p.89) MOTION for Release from Custody (Ginsberg, Jordan) (Entered: 08/28/2020) |
| 09/01/2020 | 51 | PRETRIAL BAIL REPORT as to Jason Boyet. NOTE: The attached document will only be accessible to the criminal duty judge, the government attorney and the attorney for the applicable defendant for bail determination proceedings. After the proceedings are completed, only Probation will have access. (Robert, Cheryl) (Entered: 09/01/2020) |
| 09/01/2020 | 52 (p.101) | Minute Entry for proceedings held before Chief Magistrate Judge Karen Wells Roby: Detention Hearing as to Jason Boyet held on 9/1/2020. IT IS ORDERED that the defendant is to continue his current detention under the custody of the U.S. Marshal. IT IS FURTHER ORDERED that a separate ORDER as to counseling will be issued. (Court Reporter Magistrate Clerical.) (mp) (Entered: 09/02/2020) |
| 09/11/2020 | 53 (p.102) | ORDER AND REASONS as to Jason Boyet. Rearraignment set for 9/16/2020 10:30 AM by videoconference before Judge Sarah S. Vance. Signed by Judge Sarah S. Vance on 9/11/2020. (zmg) (Entered: 09/11/2020) |
| 09/11/2020 | 54 (p.104) | RENOTICE OF REARRAIGNMENT TO CHANGE TIME ONLY as to Jason Boyet. Rearraignmet reset to be held 9/16/2020 10:30 AM that same day via video conference.(zmg) (Entered: 09/11/2020) |
| 09/11/2020 | 55 (p.105) | ORDER RESETTING REARRAIGNMENT TIME ONLY as to Jason Boyet Rearraignment reset for 9/16/2020 10:30 AM that same day via videoconference. Signed by Judge Sarah S. Vance on 9/11/2020. (zmg) (Entered: 09/11/2020) |
| 09/11/2020 | 56 (p.106) | ORDER RESETTING REARRAIGNMENT TIME ONLY as to Jason Boyet. Rearraignment reset for 9/16/2020 11:00 AM that same day via videoconference. Signed by Judge Sarah S. Vance on 9/11/2020. (zmg) (Entered: 09/11/2020) |
| 09/11/2020 | 57 (p.107) | ORDER RESETTING TIME ONLY as to Jason Boyet. IS ORDERED that rearraignment is reset to 9/16/2020 11:00 AM that same day via video conference. FURTHER ORDERED that the Warden make the defendant available for the video |

| | | |
|---|---|---|
| | | conference. Signed by Judge Sarah S. Vance on 9/11/2020. (Email Warden) (zmg) (Entered: 09/11/2020) |
| 09/11/2020 | 58 (p.108) | RENOTICE OF REARRAIGNMENT TO CHANGE TIME ONLY as to Jason Boyet. Rearraignment reset to be held at 9/16/2020 11:00 AM that same day via video conference before Judge Sarah S. Vance. (zmg) (Entered: 09/11/2020) |
| 09/11/2020 | 59 (p.109) | Waiver of Right by Jason Boyet to Physically Appear before the Court and Request to Proceed by Videoconference for Rearraignment. (jjs) (Entered: 09/11/2020) |
| 09/14/2020 | 60 (p.111) | ORDER as to Jason Boyet: Rearraignment continued and reset to 9/23/2020 11:30 AM due to active weather event. Signed by Judge Sarah S. Vance on 9/14/2020. (zmg) (Entered: 09/14/2020) |
| 09/14/2020 | 61 (p.112) | ORDER as to Jason Boyet: Rearraignment continued and reset to 9/23/2020 11:30 AM by video conference. FURTHER ORDERED that the Warden make the defendant available for the video conference. Signed by Judge Sarah S. Vance on 9/14/2020. (Email Warden) (zmg) (Entered: 09/14/2020) |
| 09/14/2020 | 62 (p.113) | NOTICE RESETTING REARRAIGNMENT as to Jason Boyet. Rearraignment continued and reset for 9/23/2020 11:30 AM before Judge Sarah S. Vance. (zmg) (Entered: 09/14/2020) |
| 09/21/2020 | 63 (p.114) | ORDER as to Jason Boyet re 52 (p.101) Detention Hearing: IT IS ORDERED that defendant receives Video Telehealth therapy and counseling services as detailed herein. IT FURTHER ORDERED that all communications within the session are to remain confidential. Signed by Magistrate Judge Karen Wells Roby on September 18, 2020. (cc: USM, Crim Mag) (mp) (Entered: 09/21/2020) |
| 09/23/2020 | 64 (p.115) | Minute Entry for proceedings held before Judge Sarah S. Vance: Rearraignment for Jason Boyet (1) Count 1 as to Jason Boyet held on 9/23/2020. Sentencing set for 1/20/2021 10:30 AM before Judge Sarah S. Vance. (Court Reporter Mary Thompson.) (zmg) (Entered: 09/23/2020) |
| 09/23/2020 | 65 (p.117) | Factual Basis by USA as to Jason Boyet (zmg) (Entered: 09/23/2020) |
| 09/23/2020 | 66 (p.225) | PLEA AGREEMENT by USA as to Jason Boyet (zmg) (Additional attachment(s) added on 9/23/2020: # 1 (p.13) Sealed Attachment A) (zmg). (Entered: 09/23/2020) |
| 09/23/2020 | 67 (p.123) | NOTICE OF SENTENCING as to Jason Boyet. Sentencing set for 1/20/2021 10:30 AM before Judge Sarah S. Vance. (zmg) (Entered: 09/23/2020) |
| 09/29/2020 | 68 (p.124) | EXPARTE/CONSENT MOTION for Forfeiture of Property *Preliminary Order of Forfeiture* by USA as to Jason Boyet. (Attachments: # 1 (p.13) Proposed Order)Attorney Alexandra Triana Giavotella added to party USA(pty:pla).(Giavotella, Alexandra) (Entered: 09/29/2020) |
| 10/01/2020 | 69 (p.130) | PRELIMINARY ORDER OF FORFEITURE granting 68 (p.124) Motion for Forfeiture of Property as to Jason Boyet (1). Signed by Judge Sarah S. Vance on 10/1/2020. (zmg) (Entered: 10/01/2020) |
| 12/16/2020 | 70 (p.234) | DRAFT PRESENCENCE INVESTIGATION REPORT as to Jason Boyet. NOTE: This document will only be accessible to the government attorney and the attorney for the applicable defendant. The judge in this case, other defendants and the general public will NOT be able to view this draft document. Parties should submit objections not more than 14 days after the initial disclosure of the presentencing report. |

| | | (Coleman, Tracy) (Entered: 12/16/2020) |
|---|---|---|
| 12/21/2020 | 71 (p.132) | EXPARTE/CONSENT MOTION for Extension of Time to File *Objections to Presentence Investigation Report* by Jason Boyet. (Attachments: # 1 (p.13) Proposed Order)(Williams, James) (Entered: 12/21/2020) |
| 12/21/2020 | 72 (p.135) | EXPARTE/CONSENT MOTION to Continue *Sentencing* by Jason Boyet. (Attachments: # 1 (p.13) Proposed Order)(Williams, James) (Entered: 12/21/2020) |
| 12/22/2020 | 73 (p.138) | ORDER granting 71 (p.132) Motion for Extension of Time to Submit Objections to Presentence Investigation Report as to Jason Boyet (1). IT IS ORDERED that the defendant is granted an additional 30 days to submit objections, or until January 30, 2021. Signed by Judge Sarah S. Vance on December 22, 2020. (mp) (Entered: 12/22/2020) |
| 12/22/2020 | 74 (p.139) | ORDER granting 72 (p.135) Motion to Continue Sentencing as to Jason Boyet (1): Sentencing reset for 3/31/2021 10:30 AM before Judge Sarah S. Vance. Signed by Judge Sarah S. Vance on December 22, 2020. (mp) (Entered: 12/22/2020) |
| 12/22/2020 | 75 (p.140) | RENOTICE OF HEARING as to Jason Boyet. Sentencing continued and reset to 3/31/2021 10:30 AM by video conference before Judge Sarah S. Vance. (zmg) (Entered: 12/22/2020) |
| 01/19/2021 | 77 (p.141) | EXPARTE/CONSENT MOTION *FOR APPOINTMENT OF GUARDIAN AD LITEM* by USA as to Jason Boyet. (Attachments: # 1 (p.13) Proposed Order)(Ginsberg, Jordan) (Entered: 01/19/2021) |
| 01/29/2021 | 78 (p.495) | OBJECTION to 70 (p.234) Presentence Investigation Report - Draft, by Jason Boyet . NOTE: This document will only be accessible to the District Judge. After Quality Control by Probation, the document will be accessible to the government attorney and the attorney for the applicable defendant. Other defendants in the case and the general public will NOT be able to view this document. (Williams, James) (Entered: 01/29/2021) |
| 01/29/2021 | 79 (p.145) | ORDER AND REASONS granting 77 (p.141) Motion to appoint guardian ad litem, as to Jason Boyet (1). IT IS ORDERED that Carol A. Kolinchak, Esq. is appointed to be guardian ad litem for Victim 1. IT IS FURTHER ORDERED that the guardian ad litem may submit invoices for reasonable compensation and payment of expenses to the Court, as stated herein. Signed by Judge Sarah S. Vance on January 29, 2021. (mp) (Entered: 01/29/2021) |
| 03/02/2021 | 80 (p.149) | EXPARTE/CONSENT MOTION to Substitute Attorney *Rachel I. Conner for James Williams* by Jason Boyet. (Attachments: # 1 (p.13) Proposed Order)(Williams, James) Modified text on 3/3/2021 (zmg). (Entered: 03/02/2021) |
| 03/02/2021 | 81 (p.152) | EXPARTE/CONSENT MOTION to Substitute Attorney *Rachel I. Conner for Jeffrey Huff* by Jason Boyet. (Attachments: # 1 (p.13) Proposed Order)(Williams, James) Modified text on 3/3/2021 (zmg). (Entered: 03/02/2021) |
| 03/03/2021 | 82 (p.155) | ORDER granting 80 (p.149) Motion to Substitute Attorney Rachel I. Conner for Jason Boyet (1) replacing James Alan Williams. Signed by Judge Sarah S. Vance on 3/3/2021. (zmg) (Entered: 03/03/2021) |
| 03/03/2021 | 83 (p.156) | ORDER granting 81 (p.152) Motion to Substitute Attorney Rachel I. Conner for Jason Boyet (1) replacing Jeffrey Hufft. Signed by Judge Sarah S. Vance on 3/3/2021. (zmg) (Entered: 03/03/2021) |

| | | |
|---|---|---|
| 03/03/2021 | 84 (p.157) | EXPARTE/CONSENT MOTION to Continue *Sentencing* by Jason Boyet. (Attachments: # 1 (p.13) Proposed Order)(Conner, Rachel) (Entered: 03/03/2021) |
| 03/05/2021 | 85 (p.160) | ORDER granting 84 (p.157) Motion to Continue Sentencing as to Jason Boyet (1). The Sentencing Hearing currently set for 3/31/2021 at 10:30 a.m. is continued until 7/21/2021 before Judge Sarah S. Vance.Signed by Judge Sarah S. Vance on 3/5/2021. (my) (Entered: 03/05/2021) |
| 03/09/2021 | 86 (p.161) | RENOTICE OF SENTENCING as to Jason Boyet. Sentencing continued and reset to 7/21/2021 10:30 AM before Judge Sarah S. Vance. (zmg) (Entered: 03/09/2021) |
| 03/18/2021 | 87 (p.162) | EXPARTE/CONSENT UNOPPOSED MOTION for Extension of Deadline to File *Objections to Pre-Sentence Report* by Jason Boyet. (Attachments: # 1 (p.13) Proposed Order)(Conner, Rachel) Modified text on 3/19/2021 (mm). (Entered: 03/18/2021) |
| 03/19/2021 | 88 (p.165) | ORDER granting 87 (p.162) Motion for Extension of Time to File Objections as to Jason Boyet (1). Signed by Judge Sarah S. Vance on March 19, 2021. (mp) (Entered: 03/19/2021) |
| 03/30/2021 | 89 (p.166) | EXPARTE/CONSENT UNOPPOSED MOTION for Extension of Deadline to File *Objections to Pre-Sentence Report* by Jason Boyet. (Attachments: # 1 (p.13) Proposed Order)(Conner, Rachel) Modified text/event on 3/30/2021 (mm). (Entered: 03/30/2021) |
| 03/31/2021 | 90 (p.169) | ORDER granting 89 (p.166) Motion for Extension of Time to File Objections as to Jason Boyet (1). Signed by Judge Sarah S. Vance on March 31, 2021. (mp) (Entered: 03/31/2021) |
| 05/15/2021 | 91 (p.497) | OBJECTION to 70 (p.234) Presentence Investigation Report - Draft, by Jason Boyet . NOTE: This document will only be accessible to the District Judge. After Quality Control by Probation, the document will be accessible to the government attorney and the attorney for the applicable defendant. Other defendants in the case and the general public will NOT be able to view this document. (Conner, Rachel) (Entered: 05/15/2021) |
| 05/21/2021 | 92 (p.170) | MOTION to Reopen Detention by Jason Boyet. Motion set for 6/9/2021 09:30 AM before Sarah S. Vance. (Attachments: # 1 (p.13) Proposed Order, # 2 Notice of Hearing)(Conner, Rachel) Modified text on 5/21/2021 (mm). (Entered: 05/21/2021) |
| 05/21/2021 | 93 (p.175) | EXPARTE/CONSENT MOTION to Expedite *Motion to Reopen Detention* by Jason Boyet. (Attachments: # 1 (p.13) Proposed Order)(Conner, Rachel) (Entered: 05/21/2021) |
| 05/21/2021 | 94 (p.177) | ORDER granting 93 (p.175) Motion to Expedite as to Jason Boyet (1): IT IS ORDERED that the motion to reopen detention will be considered on an expedited basis. Memoranda in opposition to the motion to reopen detention, if any, shall be filed by 12:00 p.m. on Tuesday, May 25, 2021, at which time the motion will be considered under submission. Signed by Judge Sarah S. Vance on May 21, 2021. (mp) (Entered: 05/21/2021) |
| 05/25/2021 | 95 (p.178) | Response/Memorandum in Opposition by USA as to Jason Boyet re 92 (p.170) MOTION to Reopen Detention (Ginsberg, Jordan) (Entered: 05/25/2021) |
| 05/26/2021 | 96 (p.182) | ORDER AND REASONS denying 92 (p.170) Motion to Reopen Detention as to Jason Boyet (1). Signed by Judge Sarah S. Vance on May 26, 2021. (mp) (Entered: |

| | | |
|---|---|---|
| | | 05/26/2021) |
| 05/28/2021 | 97 (p.506) | RESPONSE to 91 (p.497) Objection to Presentence Investigation Report, by USA as to Jason Boyet . NOTE: This document will only be accessible to the District Judge. After Quality Control by Probation, the document will be accessible to the government attorney and the attorney for the applicable defendant. Other defendants in the case and the general public will NOT be able to view this document. (Attachments: # 1 (p.13) Exhibit 1)(Ginsberg, Jordan) (Entered: 05/28/2021) |
| 06/30/2021 | 98 (p.187) | EXPARTE/CONSENT MOTION to Continue *Sentencing* by Jason Boyet. (Attachments: # 1 (p.13) Proposed Order)(Conner, Rachel) (Entered: 06/30/2021) |
| 06/30/2021 | 99 (p.190) | ORDER granting 98 (p.187) Motion to Continue Sentencing as to Jason Boyet (1): Sentencing reset for 11/3/2021 11:30 AM before Judge Sarah S. Vance. Signed by Judge Sarah S. Vance on June 30, 2021. (mp) (Entered: 06/30/2021) |
| 06/30/2021 | 100 (p.191) | RENOTICE OF SENTENCING as to Jason Boyet: Sentencing reset for 11/3/2021 11:30 AM before Judge Sarah S. Vance. (mp) (Entered: 06/30/2021) |
| 10/12/2021 | 102 (p.192) | ORDER granting 101 Motion for Leave to File Reply as to Jason Boyet. Signed by Judge Sarah S. Vance on 10/12/2021. (mm) (Entered: 10/12/2021) |
| 10/20/2021 | 104 (p.193) | WITHDRAWN PER ORDER AT REC. DOC. 106-EXPARTE/CONSENT MOTION for Extension of Time to File Sentencing Memorandum by Jason Boyet. (Attachments: # 1 (p.13) Proposed Order)(Conner, Rachel) Modified text on 10/20/2021 (sbs). (Entered: 10/20/2021) |
| 10/21/2021 | 105 (p.195) | EXPARTE/CONSENT MOTION to Withdraw Document 104 (p.193) MOTION for Extension of Time to File Sentencing Memorandum by Jason Boyet. (Attachments: # 1 (p.13) Proposed Order)(Conner, Rachel) (Entered: 10/21/2021) |
| 10/22/2021 | 106 (p.197) | ORDER granting 105 (p.195) Motion to Withdraw Document 104 (p.193) Motion for Extension of Time to File Sentencing Memorandum as to Jason Boyet (1). Signed by Judge Sarah S. Vance on 10/22/2021. (mm) (Entered: 10/22/2021) |
| 10/27/2021 | 107 (p.517) | FINAL PRESENTENCE INVESTIGATION REPORT as to Jason Boyet. NOTE: This document will only be accessible to the District Judge, the government attorney and the attorney for the applicable defendant. Other defendants in the case and the general public will NOT be able to view this document. (Coleman, Tracy) (Entered: 10/27/2021) |
| 10/27/2021 | 108 (p.978) | SENTENCING RECOMMENDATION as to Jason Boyet. NOTE: This document will only be accessible to the District Judge. (Coleman, Tracy) (Entered: 10/27/2021) |
| 10/27/2021 | 109 (p.198) | EXPARTE/CONSENT MOTION for Extension of Time to File *Sentencing Memorandum* by Jason Boyet. (Attachments: # 1 (p.13) Proposed Order)(Conner, Rachel) (Entered: 10/27/2021) |
| 10/28/2021 | 110 (p.200) | ORDER granting 109 (p.198) Motion for Extension of Time to File Sentencing Memorandum as to Jason Boyet (1). IT IS ORDERED, ADJUDGED, AND DECREED THAT the Sentencing Memorandum is due by 10:30 a.m. on Friday, October 29, 2021. Signed by Judge Sarah S. Vance on 10/28/2021. (mm) (Entered: 10/28/2021) |
| 10/28/2021 | 111 (p.201) | WARDEN ORDER as to Jason Boyet - IT IS ORDERED that a sentencing hearing for JASON BOYET is set for WEDNESDAY, NOVEMBER 3, 2021 at 11:30 a.m. to be held by video conference due to the conditions caused by the outbreak of |

| | | |
|---|---|---|
| | | COVID-19. A separate e-mail will be sent to all participants with the link to the video conference one day prior to the hearing date. IT IS FURTHER ORDERED that the Warden make the defendant available for the video conference. Signed by Judge Sarah S. Vance on 10/28/2021. (CC: NCCC) (sbs) (Entered: 10/28/2021) |
| 11/01/2021 | 114 (p.202) | ORDER as to Jason Boyet granting 113 Motion to Seal. Signed by Judge Sarah S. Vance on 11/1/2021. (CC: AUSA, Def. Counsel) (sbs) (Entered: 11/01/2021) |
| 11/02/2021 | 117 (p.203) | ORDER as to Jason Boyet granting 116 Motion to Seal. Signed by Judge Sarah S. Vance on 11/2/2021. (CC: AUSA, Def. Counsel) (sbs) (Entered: 11/02/2021) |
| 11/03/2021 | 119 (p.204) | ORDER AND REASONS as to Jason Boyet: Defendant's sentencing hearing is set for 11/3/2021, at 11:30 a.m. for the reasons set forth in document. The sentencing hearing shall be conducted by videoconference. Signed by Judge Sarah S. Vance on 11/3/2021. (mm) (Entered: 11/03/2021) |
| 11/03/2021 | 120 (p.206) | Minute Entry for proceedings held before Judge Sarah S. Vance: Sentencing held on 11/3/2021 for Jason Boyet (1), Count(s) 1, Sentenced on 11/3/2021. Restitution Hearing set for 2/2/2022 10:30 AM before Judge Sarah S. Vance. (Court Reporter Karen Ibos.) (mm) (Entered: 11/04/2021) |
| 11/03/2021 | 121 (p.207) | JUDGMENT as to Jason Boyet (1), Count(s) 1, Sentenced on 11/3/2021. Signed by Judge Sarah S. Vance on 11/5/2021. (mm) (Entered: 11/05/2021) |
| 11/03/2021 | 122 (p.803) | Statement of Reasons for sentencing as to Jason Boyet. NOTE: This document will be accessible only to the District Judge, the government attorney, the attorney for the applicable defendant, the U.S. Probation Office and the U.S. attorney's financial litigation unit. Other defendants in the case and the general public will NOT be able to view this document. (sbs) (Entered: 11/05/2021) |
| 11/08/2021 | 123 (p.215) | NOTICE OF APPEAL by Jason Boyet re 121 (p.207) Judgment. (In Forma Pauperis status requested) (Conner, Rachel) (Entered: 11/08/2021) |
| 11/09/2021 | 124 | USCA Case Number as to Jason Boyet; Case Appealed to Fifth Circuit Court of Appeals Case Number 21-30690 for 123 (p.215) Notice of Appeal - Final Judgment filed by Jason Boyet. (sbs) (Entered: 11/09/2021) |
| 11/19/2021 | 125 (p.216) | EXPARTE/CONSENT MOTION to Modify Judgment to Include a Judicial Recommendation for a Specific Bureau of Prisons Facility by Jason Boyet. (Attachments: # 1 (p.13) Proposed Order)(Conner, Rachel) Modified text on 11/19/2021 (sbs). (Entered: 11/19/2021) |
| 11/23/2021 | 126 (p.219) | ORDER granting in part, denying in part 125 (p.216) Motion to Modify Judgment to Include a Judicial Recommendation for a Specific Bureau of Prisons Facility as to Jason Boyet (1). Signed by Judge Sarah S. Vance on 11/23/2021. (mm) (CC: BOP) Modified text on 11/29/2021 (sbs). (Entered: 11/23/2021) |
| 12/01/2021 | 127 (p.220) | NOTICE OF RESTITUTION HEARING as to Jason Boyet. Restitution Hearing set for 2/2/2022 at 10:30 AM before Judge Sarah S. Vance. (sbs) (Entered: 12/01/2021) |
| 12/02/2021 | 128 (p.221) | EXPARTE/CONSENT MOTION to Waive Defendant's Presence at Restitution Determination Hearing re 127 (p.220) Notice of Restitution Hearing by Jason Boyet. (Attachments: # 1 (p.13) Proposed Order)(Conner, Rachel) Modified text on 12/2/2021 (mm). (Entered: 12/02/2021) |
| 12/03/2021 | 129 (p.224) | ORDER re 128 (p.221) Motion to Waive Defendant's Presence at Restitution Determination Hearing re 127 (p.220) Notice of Restitution Hearing. IT IS |

| | | ORDERED THAT defendant Jason Boyet's presence at the Restitution Determination Hearing set for February 2, 2022, at 10:30 a.m is hereby waived. Signed by Judge Sarah S. Vance on 12/3/2021. (mm) (Entered: 12/03/2021) |

USA v. Boyet (2:20-cr-00051-SSV-JVM)

NOTICE OF APPEAL
ROA.215

(Tab 2)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CRIMINAL NO. 20-CR-00051-SSV-JVM |
| | : | |
| JASON BOYET | : | JUDGE SARAH S. VANCE |

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that Jason Boyet, defendant herein, appeals to the United States Court of Appeals for the Fifth Circuit from the judgment and sentence announced on November 3, 2021, in the above captioned case.

This 8th day of November, 2021.

Respectfully submitted,

*/s/ Rachel Conner*
Rachel I. Conner (La. Bar No. 29726)
3015 Magazine Street
New Orleans, LA   70115-2232
(504) 581-9083

*Attorney for Jason Boyet*

BILL OF INFORMATION
ROA.59-62

(Tab 3)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

# FELONY

### BILL OF INFORMATION FOR DISTRIBUTION OF
### CHILD PORNOGRAPHY AND NOTICE OF FORFEITURE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.** 20-51 |
| **v.** | * | **SECTION: SECT. R MAG 1** |
| **JASON BOYET** | * | VIOLATIONS: 18 U.S.C. § 2252(a)(2) |
| | * | 18 U.S.C. § 2252(b)(1) |
| | * | 18 U.S.C. § 2253 |

\*      \*      \*

The United States Attorney charges that:

## COUNT ONE - DISTRIBUTION OF CHILD PORNOGRAPHY

Beginning at a time unknown, and continuing until on or about February 12, 2020, in the Eastern District of Louisiana, and elsewhere, the defendant, **JASON BOYET**, did knowingly distribute, and attempt to distribute, visual depictions, that is, digital images and videos and computer images, that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, by any means, including by computer, the production of which involved the use of minors, including children as young as less than three (3) years old, engaging in sexually

Fee _____
Process _____
Dktd _____
CtRmDep _____
Doc. No _____

21-30690.59

explicit conduct as defined in Title 18, United States Code, Section 2256(2), and such visual depictions were of such conduct: all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## NOTICE OF FORFEITURE

1.      The allegations of Count 1 are incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2.      As a result of the offense alleged in Count 1, the defendant, **JASON BOYET**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253, any visual depiction as defined above; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from said offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of said offense, and any property traceable to such property, including but not limited to the following:

One (1) Apple iPhone XR, Model MT32LL/A, serial number F2LXKD9YKXKW

3.      If any of the above-described property, as a result of any act or omission of the defendant:

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third person;

c.      has been placed beyond the jurisdiction of the Court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be subdivided without difficulty;

21-30690.60

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendant up to the value of said property.

PETER G. STRASSER
UNITED STATES ATTORNEY

JORDAN GINSBERG
Assistant United States Attorney
Illinois Bar No. 6282956

New Orleans, Louisiana
May 13, 2020

21-30690.61

No. _____

# United States District Court

### FOR THE

EASTERN ____ DISTRICT OF ____ LOUISIANA

UNITED STATES OF AMERICA

*vs.*

JASON BOYET

## BILL OF INFORMATION FOR DISTRIBUTION OF CHILD PORNOGRAPHY AND NOTICE OF FORFEITURE

Violation(s):
18 U.S.C. § 2252(a)(2)
18 U.S.C. § 2252(b)(1)
18 U.S.C. § 2253

*Filed* _____, 20 ___20___

_____, *Clerk.*

*By* _____, *Deputy*

*Assistant United States Attorney*
JORDAN GINSBERG

21-30690.62

JUDGMENT
ROA.207-214

(Tab 4)

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
Eastern District of Louisiana

|  |  |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | |
| | Case Number:  20-51 "R" |
| JASON BOYET | USM Number:  38167-034 |
| | Rachel Conner |
| | Defendant's Attorney |

## THE DEFENDANT:

☑ pleaded guilty to count(s) ____1____

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:2252(a)(2) and (b)(1) | Distribution of child pornography | | 1 |

The defendant is sentenced as provided in pages 2 through ____8____ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

11/3/2021
Date of Imposition of Judgment

*Sarah Vance*
Signature of Judge

Sarah S. Vance, United States District Judge
Name and Title of Judge

11/5/21
Date

21-30690.207

AO 245B (Rev. 09/19) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page __2__ of __8__

DEFENDANT: JASON BOYET
CASE NUMBER: 20-51 "R"

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

TWO HUNDRED TEN (210) MONTHS

☑ The court makes the following recommendations to the Bureau of Prisons:
Defendant participate in RDAP.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19)  Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page **3** of **8**

DEFENDANT: JASON BOYET
CASE NUMBER: 20-51 "R"

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

FIVE (5) YEARS

# MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☑ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☑ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

21-30690.209

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
                        Sheet 3A — Supervised Release

|  |  |  |  |
|---|---|---|---|
| Judgment—Page | 4 | of | 8 |

DEFENDANT:    JASON BOYET
CASE NUMBER:  20-51 "R"

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer.
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____    Date _____

21-30690.210

DEFENDANT:   JASON BOYET
CASE NUMBER:  20-51 "R"

# SPECIAL CONDITIONS OF SUPERVISION

1.  The defendant shall submit his person, residence, office or vehicle to a search, conducted by a United States Probation Officer at a reasonable time in a reasonable manner, based upon reasonable suspicion that contraband or evidence of a violation of a condition of supervision may exist; failure to submit to a search may be grounds for revocation; the defendant shall warn any other resident(s) that the premises may be subject to searches pursuant to this condition.

2. The defendant shall not possess or use for any purpose, a computer and/or computer-related devices, or television, or other instruments of communication equipped with online, Internet or World Wide Web access, or access computers or other forms of wireless communication via third parties without prior approval from the probation office or the district court. The defendant must only use those computers and/or computer-related devices approved in advance by the probation officer or the court.

3.  The defendant shall participate in an approved sex offender treatment program, to include psychological testing and/or a polygraph examination (or similar device), as directed by the United States Probation Officer, and abide by all supplemental conditions of sex offender treatment, to include, but not limited to, signed releases of information. Participation may include inpatient/outpatient treatment.  The defendant will contribute to the costs of services rendered based on ability to pay or availability of third party payment.  Sex offender assessments and treatment shall be conducted by therapists and examiners approved by the United States Probation Office.  Any results of a polygraph examination (or the like) would not be used for the purpose of revocation of Supervised Release.   The results will be reported by the United States Probation Office to appropriate treatment personnel.  If disclosure is required by mandatory reporting child abuse or child sexual abuse laws, the results will be reported to appropriate law enforcement and related agencies with the approval of the Court. If the results reveal possible new criminal behavior, this will be reported to the appropriate law enforcement and related agencies after obtaining approval from the Court.

4.  The defendant shall comply with all federal, state and local sex offender laws, as outlined by the United States Probation Officer.

5.  The defendant shall allow the United States Probation Office to conduct periodic unannounced examination of his computer equipment, which may include retrieval and copying of all data from his computer and any internal and external peripherals to ensure compliance with the conditions and/or removal of such equipment for the purpose of conducting a more thorough inspection. The defendant shall also consent, at the direction of the United States Probation Officer, to having installed on his computer, at his expense, any hardware or software to monitor computer use.

6.  The defendant shall not have any contact with any child under the age of 18, without the prior approval of the United States Probation Office.  If approved, the defendant must be accompanied by a responsible adult who is aware of his conviction and supervision status, and who has been approved in advance by the United States Probation Office. Contact includes, but is not limited to: physical contact, verbal communication, and/or electronic communication such as e-mail. Contact also includes congregating and/or loitering around school yards, playgrounds, swimming pools, arcades, zoos or other places frequented by children under the age of 18. Incidental contact in normal daily commercial life such as, but not limited to, making purchases or merchandise at a retail establishment, is permissible.

7.  The defendant shall not seek or maintain employment, volunteer, or participate in any program and/or activity allowing contact with children under the age of 18.

8.  The defendant shall not purchase, possess, use or control cameras, camcorders, movie cameras, etc. without the approval of the Court.

9.  The defendant shall not date or cohabitate with anyone who has children under the age of 18.

(Continued on page 6)

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
                       Sheet 4D — Probation
_____

Judgment—Page   6   of   8
_____

DEFENDANT:   JASON BOYET
CASE NUMBER:   20-51 "R"

## ADDITIONAL SPECIAL CONDITIONS OF SUPERVISION

10.  The defendant shall obtain residences as approved by the United States Probation Officer. The defendant shall notify the United States Probation Officer of any locations where mail or like matter is received. The defendant shall not obtain a new mailing address, post office box or the facility of any private business for the delivery and receipt of like matter without the approval of the United States Probation Officer.

11.  The defendant shall not associate with any group, club, individual, or organization, formal or informal, which supports and/or encourages the sexual exploitation of children.

12.  The defendant shall pay restitution imposed by the final Judgment in this case.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page __7__ of __8__

DEFENDANT:  JASON BOYET
CASE NUMBER: 20-51 "R"

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $ 100.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

☑  The determination of restitution is deferred until __2/2/2022__ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |

| | | | |
|---|---|---|---|
| **TOTALS** | $                0.00 | $                0.00 | |

☐  Restitution amount ordered pursuant to plea agreement   $ _____

☐  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   ☐  the interest requirement is waived for the     ☐  fine     ☐  restitution.

   ☐  the interest requirement for the     ☐  fine     ☐  restitution is modified as follows:

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

21-30690.213

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page __8__ of __8__

DEFENDANT: JASON BOYET
CASE NUMBER: 20-51 "R"

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☐ Lump sum payment of $ _____ due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☑ Special instructions regarding the payment of criminal monetary penalties:
    Special assessment due immediately.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

| Case Number Defendant and Co-Defendant Names *(including defendant number)* | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|
| | | | |

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☑ The defendant shall forfeit the defendant's interest in the following property to the United States:
Apple iPhone XR (R. Doc. 69)

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

21-30690.214

CERTIFICATES OF SERVICE AND COMPLIANCE

(Tab 5)

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 24th day of June, 2022, the foregoing

Appellant's Record Excerpts was filed with the Clerk of Court via the electronic

filing system, which will send an electronic Notice of Docket Activity to the

following Filing Users:

> Kevin G. Boitmann, kevin.boitmann@usdoj.gov,
> Diane Hollenshead Copes, diane.copes@usdoj.gov,
> Jordan Ginsberg, Jordan.ginsberg@usdoj.gov, and
> Assistant United States Attorneys.

"The court's electronic Notice of Docket Activity constitutes service of the filed

document on all Filing Users." 5TH CIR. R. 25.2.5.


*/s/ Samantha Kuhn*
SAMANTHA J. KUHN
Assistant Federal Public Defender

## <u>CERTIFICATE OF COMPLIANCE</u>

The undersigned certifies that:

1.    This document complies with the privacy redaction requirement of FED. R. APP. P. 25(a)(5), 5TH CIR. R. 25.2.13, and FED. R. CRIM. P. 49.1, because it has been redacted of personal data identifiers.

2.    This electronic submission is an exact copy of the paper document, in compliance with 5TH CIR. R. 25.2.1.

3.    This document is free of viruses because it has been scanned for viruses with the most recent version of Symantec Endpoint Protection, in compliance with 5TH CIR. ECF FILING STANDARD A(6).


*/s/ Samantha Kuhn*
SAMANTHA J. KUHN
Assistant Federal Public Defender
Dated: June 24, 2022